People v Lediard (2025 NY Slip Op 00834)

People v Lediard

2025 NY Slip Op 00834

Decided on February 13, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 13, 2025

Before: Webber, J.P., Kennedy, Friedman, Mendez, Rodriguez, JJ. 

Ind No. 2149/18 Appeal No. 3667 Case No. 2021-03432 

[*1]The People of The State of New York, Respondent, 
v
Michael Lediard, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Thomas Palumbo of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Paul A. Andersen of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Alvin Yearwood, J.), rendered September 13, 2021,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 13, 2025
Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.